**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-26094-JB**

HENRIQUE SABOYA LOPES
TAVARES DE MELO, *et al.,*

      Plaintiffs,

v.

KRISTI NOEM, *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiffs' Notice of Voluntary Dismissal (the "Notice"), ECF No. [8], in which Plaintiff dismisses this action without prejudice.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 15th day of May, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**